IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DANNY & MARISOL GALINDO | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO: 1:23-cv-115-JRN |
| | § | |
| NATIONWIDE MUTUAL | § | |
| INSURANCE COMPANY | § | |
| *Defendant.* | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Danny and Marisol Galindo ("Plaintiffs") and Defendant Nationwide Mutual Insurance Company ("Defendant") provide notice to the Court that Plaintiffs and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, the parties respectfully request that any pending matters related to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

*(Signatures on following page.)*

Respectfully submitted,

| | |
|---|---|
| */s/ Amanda J. Fulton (w/ permission PMK)* | */s/ Patrick M. Kemp* |
| Chad T. Wilson | Patrick M. Kemp |
| Texas Bar No. 24079587 | Texas Bar No. 24043751 |
| cwilson@cwilsonlaw.com | pkemp@smsm.com |
| Amanda J. Fulton | Robert G. Wall |
| State Bar No. 24079587 | Texas Bar No. 24072411 |
| afulton@cwilsonlaw.com | rwall@smsm.com |
| CHAD T. WILSON LAW FIRM PLLC | C Daniel DiLizia |
| 455 E Medical Center Blvd, Ste 555 | Texas Bar No. 24099800 |
| Webster, Texas 77598 | ddilizia@smsm.com |
| (832) 415-1432 | SEGAL MCCAMBRIDGE SINGER & MAHONEY |
| | 100 Congress Avenue, Suite 800 |
| **ATTORNEYS FOR PLAINTIFFS** | Austin, Texas 78701 |
| **DANNY AND MARISOL GALINDO** | (512) 476-7834 |
| | (512) 476-7832 - Facsimile |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **NATIONWIDE MUTUAL INSURANCE** |
| | **COMPANY** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this the 21st day of August, 2023 to:

Chad T. Wilson
Amanda J. Fulton
Chad T. Wilson Law Firm, PLLC
455 E Medical Center Blvd, Suite 555
Webster, Texas 77598
cwilson@cwilsonlaw.com
afulton@cwilsonlaw.com

                                               */s/ Patrick M. Kemp*
                                               Patrick M. Kemp