# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **DANNY GALINDO, MARISOL GALINDO,** *Plaintiffs* | § § § § § § § § § |
| **VS** | Case No. A-23-CV-00115-JRN |
| **NATIONWIDE MUTUAL INSURANCE COMPANY,** *Defendant* | |

## FINAL JUDGMENT

Before the Court is the above-entitled and styled cause of action. On October 31, 2023, the parties dismissed all claims in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 24). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, the above-entitled case has now been dismissed with prejudice, and the Court enters the following Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FURTHER ORDERED** that all pending motions are **MOOT**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED**.

SIGNED this 1st day of November, 2023.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE